CURTIS & JONES COMPANY, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RUPERT PERPALL, as Administrator, etc., of CLAUDE PERPALL, Deceased, Respondent, v. CAHILL TOWING LINE, INC., Appellant.— Order modified by limiting examination to items 1, 2, 3 and 4 in the order appealed from and by striking out the provision requiring the production of books, papers and documents, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THOMAS J. CARR, Guardian ad Litem, for JOSEPH CARR, an Infant, Respondent, v. A. H. BULL STEAMSHIP COMPANY, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ALTMAN ESTATES, INC., Appellant, v. EMMA ELIZABETH ROSS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of A. STROUD HAXTON for an Order Substituting Attorneys in Place of BIJUR & HERTS, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH MURPHY and Others, Respondents, v. CHARLES N. THORN and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present —. Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CLIFFORD C. FISCHER, Respondent, v. MORRIS GEST and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISAAC COHEN and Another, Appellants, v. AMERICAN INSURANCE COMPANY OF NEWARK, N. J., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS L. BAYARD and Others, Appellants, v. HURLBURT MOTORS, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed within ten days after service of order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILFRED MOLENAOR, as Trustee, etc., Appellant, v. AGNES V. KRAUS and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ONEZ REALTY CO., INC., Respondent, v. THE REICH GARAGE, INC., and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KLASKO FINANCE CORPORATION, Appellant, v. BERNARD RUBIN, Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BENJAMIN P. WIEDER, Respondent, v. ABRAHAM NUSBAUM and Others, Appellants.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.